DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Armstrong v. Barnes<br><br>Case Below:<br>171 N.C. App. 287 | No. 390P05 | 1.  Def's (James A. Barnes, Jr., M.D.) Motion for Temporary Stay (COA04-300)<br><br>2.  Def's (James A. Barnes, Jr., M.D.) Petition for Writ of Supersedeas | 1. Denied<br>**07/28/05**<br><br>2. Denied<br>**07/28/05** |
| Brown v. Kroger Co.<br><br>Case Below:<br>169 N.C. App. 312 | No. 257A05 | 1.  Def's NOA Based Upon a Constitutional Question (COA04-577)<br><br>2.  Plt's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>08/18/05 |
| Bryson v. Cooper<br><br>Case Below:<br>166 N.C. App. 759 | No. 640P04-2 | 1.  Plts' Motion for "Petition for Ruling on Discretionary Review or Rule to Show Cause Why Not and Motion to Compel" (COA03-1484)<br><br>2.  Plt's Motion to Restrain and to Compel in the Above Styled Case | 1. Dismissed<br>08/18/05<br><br><br>2. Dismissed<br>08/18/05 |
| Cabaniss v. Deutsche Bank Secs., Inc.<br><br>Case Below:<br>170 N.C. App. 180 | No. 369P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-530) | Denied<br>08/18/05 |
| Cook v. Loggerhead, Inc.<br><br>Case Below:<br>170 N.C. App. 697 | No. 344P05 | Defs' (Loggerhead, Inc. and Interstate Insurance Service Group) PDR Under N.C.G.S. § 7A-31 (COA04-910) | Denied<br>08/18/05 |
| Cunningham v. Riley<br><br>Case Below:<br>169 N.C. App. 600 | No. 246P05 | 1.  Plt's NOA Based Upon a Constitutional Question (COA04-806)<br><br>2.  Def's Motion to Dismiss Appeal<br><br>3.  Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>08/18/05<br><br>3. Denied<br>08/18/05 |
| Department of Transp. v. Haywood Cty.<br><br>Case Below:<br>167 N.C. App. 55 | No. 628PA04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1479) | Allowed<br>08/18/05 |